BOWMAN, Respondent, v. STEWART et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. September 30, 1914.) Action by Edward Bowman against James C.

Stewart and another. No opinion. Judgment and order affirmed, with costs.